Raymond Curry Din # 04A3202
181 Brand Rd. Caller Box 20
Malone, N.Y 12953

Dear Clerk of Court;

Sent out August 26,2012
August 23, 2012
12:15pm

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 29 2012 ★
LONG ISLAND OFFICE

I put in the mail box at Bare Hill Correctional Facility a civil rights action involving the reckless or collous indifference to my civil rights here at Bare Hill Correctional Facility, in addition to the other complaints over the past years. This is a letter to inform the clerk of court that my mail is being read and held or not sent out of the facility. It is times that a notory is not given or cant be given in such a crucial time. I am being retaliated against for utilizing my right to file a complaint to the State Commission on Correction about officers misconduct. I have been confined to my cube to prevent me from using the law library and going to religious services. An officer first retaliated August 17, 2012 then August 22, 2012. I am trying to get the attention from the outside because these officers are retaliating against me putting me in the situation where my phone privilege and recreation and law library and commissary privilege. I'm denied right to speak with supervisors who are consenting to the plot to harm me. Multiple people in the dormitury witnessed this officer Clark, M

write me a ticket for something that I didn't do, using the Facilities disciplinary procedures for a weapon to cause me pain, suffering and hardship. I wrote to the Commissioner of Corrections and community supervision Brian Fisher and no response, State Commission on Corrections and Bogus investigations are done by inside supervisors and their determination is to their favor instead of interviewing people in the dormitory but most are afraid of Retaliation. They need the assurance that their safety is secured. People are being annoyed, harrassed, written frivolous tickets to have the money ~~taken~~ from their accounts for the officers barbecues and personal use, I am being annoyed to the point of snapping. I've done nothing wrong but complained of officers misconduct. These officer are known for violating Human Beings, degrading them, Humiliating us and contructing time Bombs. When released the community feels the wrath of what happened upstate. I know that it is a war greating then me. I'm a servant of Jesus Christ. Something has to be done about the abuses of these Klansmen. They are white Supremicist that commit crimes against Humanity continuously thinking that they can get away with it Because we are accused

of crimes. If most of the people is interviewed about things happening here then it will be proven that these officers are subjecting me and others to cruel and unusual punishment. I am in distress anticipating being put in confinement were no witnesses are to see the abuse. These officers Clark, M and C. Because are vindictive and conspiring to have me hurt or killed. If I am put in the box I want 10,000,000 each day, in case my claim didnt get to its destination. For each day cube confined I want 10,000,000 and for lost of rec. and for denial of Religious Service. I want 10,000,000 for denial of using phone to call my family about the treatment. If I am unjustly abused I want 20,000,000 for a scratch, 50,000,000 for bruise and if these officers take my life I want my family to be compensated 10,000,000 from each defendant. With the civil action I put an injuctive relief request to have a camera and audio in any secluded area I go or on transfer if it's in plan. These are white supremist who will kill a black man and cover it up or get the Attorney General to. They are upset because I filed complaints about their misconduct. Please have an injunction immediatley reviewed. They are thinking they

can use excessive force and say I assualted an officer or take my life and say I killed myself or set me up with a knife. I wrote my Facility Counselor 8/22/12, The Dept. of Security 8/22/12, The Superintendant 8/22/12, Transitional Counselor Mrs. Nelson, 8/22/12, I wrote the Third department Appellate division 8/20/12, and explained the situation of these officers vindictiveness denying me Law Library, Religious Service and annoying me, degrading me and humuliating me. I tell them about Jesus Christ and tell them God Bless them. The Administration of Bare Hill is allowing this. They are not Rehabilitating no one but offended people and violating civil rights. If my civil action didnt reach your court yet I would like these officers Clark, M and Decossie arrested for a civil offense. I am attempting to call your office but is on loss of phone. I need to know That I am safe and my action reached your court. They are laughing about the abuse until I snap out of fear for my life. On 8/22/12 when in the Kitchen Before eating and after eating I requested to speak with a sergeant and the officers there too denied me and one said "we gonna be coming to get you in

cuffs tonight. He was slim and young. I dont know his name. Statements like that make me feel that I have to defend myself if they are attempting to put me in cuffs and abuse me. They officer Decosse and Clark are acting in concert to make me look as if I'm the problem but a good percentage out of sixty people witnessed alot of discrimination, harrassments, and officers misconduct and the administration is allowing these officers to come in here to project their personal issues on us and its ok. Alot of things is not being investigated properly by inside staff. They are all related and it is a high rate of incest here in this county and region. People are being abused in the box where there is no cameras. Its our communities where these damaged men return to that feels the impact of this defective system. I am being annoyed, harrassed and degraded. I was supposed to be released from this prison but they are holding me unlawfully under a unconstitutional conviction, malicious prosecution and expired sentence. I have three children who I am trying to get home to and these people because they are troubled and suffering in misery they want other families to feel their misery. These officers and their

gang believe that they are above the law and can make law and enforce it even if it is unconstitutional. They create problems where there is none. I was in this jail three years without a ticket I all of a sudden am retaliated against when I write complaints to the State Commission on Corrections. They Officer Clark and Decosse are dipicting me to be a problem because I wrote about their misconduct. The officer who I wrote to your court about retaliated and his partner Decosse. They dont want to move me from this dormitury only to continue to anney me, harrass me and deny my privileges to recreation, phone, commissary, religious service and law library. Anyone would be frustrated with the instigations, discrimination, hostility and abuse of power. They are upset because I complained of their misconduct. They dont care if orders came from your court they will find some way to refuse to obey by fabricating something against me because they have been getting away with so much for so long. They act as if they are following the law when under scrutiny or when an incident arises they act as if it was the inmate who is dysfuctional and when there is no scrutiny or investigations

They return back to the cruelty and inhumane degrading tactics, schemes and conspiracies. They as in majority of the officers' and their superiors know of the Federal violations but don't care. Its what they want to do with the convict at their unscrupulous discretion and will get their superiors or State Attorney General to cover up the dirt. When its time to pay the State pays the penalty for the offense and the tyrants go back to work. I will count on it that I will not be the last to have encounters that are degrading and humiliating with these officers. There is officers that work here who never had complaints against them because of their proffessionalism and kindness. These officers drink and drug and come to work with lingering effects from their abuse of drugs and use impaired judgment in situations. I've studied them for the years of unfortunate bondage. This writting is therepy and some way soothing to know my voice is being heard. No one understands the pain, torment, fear and agony from being in situations like this. Its a war per se. When no one is looking honesty is desolate. Intergrity is uncommon but hate and revenge is the motto.

Servant of Christ,



Envelope:

BARE HILL CORRECTIONAL FACILITY
CALLER BOX 20, 181 BRAND ROAD
MALONE, NEW YORK 12953

NAME: Raymond Griffin   DIN: 09A5202

Pro Se Office
United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip
N.Y. 11722

Legal Mail

RECEIVED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
AUG 29 2012
★
LONG ISLAND OFFICE

US POSTAGE $00.650 08/27/2012 Mailed From 12953